Order issued September 28, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00696-CR

GUSTAVO RENE CASTILLO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F09-58463-Y

# ORDER

We **GRANT** Official Court Reporter Sharon Hazlewood's September 25, 2012 request for an extension of time to file the reporter's record. The reporter's record shall be due **November 1, 2012.**

LANA MYERS
JUSTICE